| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 040 |
|---|---|---|---|---|---|
| 76F | 000211 | 117772 | | 0000030167 | 1 |

# Earnings Statement

**ADP**

CCL LABEL INC.
15 CONTROLS DRIVE
SHELTON CT, 06484

Period Beginning: 01/04/2016
Period Ending: 01/17/2016
Pay Date: 01/21/2016

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  OH: 2

LIRLEAN MCCANTS
8805 GRAND DIVISION AVE
CLEVELAND, OH 44125-1349

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Short Term Dis | | | 526.73 | 2,528.29 |
| **Gross Pay** | | | **$526.73** | 2,528.29 |

Your Strongsville taxable wages this period are $472.14

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -29.27 | 145.63 |
| Medicare Tax | | -6.85 | 34.06 |
| OH State Income Tax | | -3.87 | 37.04 |
| Strongsville Income Tax | | -9.44 | 46.97 |
| Federal Income Tax | | | 77.61 |
| **Other** | | | |
| Dental | | -5.71* | 11.42 |
| Health | | -92.49* | 184.98 |
| Vision | | -2.17* | 4.34 |
| 401K Loan | | -55.01 | 110.02 |
| **Adjustment** | | | |
| Fsa Med | | +38.46* | |
| **Net Pay** | | **$360.38** | |
| Savings 1 | | -360.38 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 7.32 | 21.32 |
| Sick | | 37.50 |
| Vacation | | 72.17 |

**Important Notes**
YOUR HOURLY RATE HAS BEEN CHANGED FROM 23.4100 TO 23.6400.

\* Excluded from federal taxable wages
Your federal taxable wages this period are $464.82
Your OH taxable wages this period are $464.82

©1998, 2006. ADP, LLC All Rights Reserved.

▼ TEAR HERE

© 2000 ADP, LLC
VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CCL LABEL INC.
15 CONTROLS DRIVE
SHELTON CT, 06484

Advice number: 00000030167
Pay date: 01/21/2016

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| LIRLEAN MCCANTS | xxxxxx8133 | xxxx xxxx | $360.38 |

# NON-NEGOTIABLE

■ THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT. ■

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 040 |
|---|---|---|---|---|---|
| 76F | 000211 | 117772 | | 0000010168 | 1 |

# Earnings Statement 

CCL LABEL INC.
15 CONTROLS DRIVE
SHELTON CT, 06484

Period Beginning: 12/21/2015
Period Ending: 01/03/2016
Pay Date: 01/07/2016

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 3
   OH: 2

LIRLEAN MCCANTS
8805 GRAND DIVISION AVE
CLEVELAND, OH 44125-1349

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Short Term Dis | | | 2,001.56 | 2,001.56 |
| **Gross Pay** | | | **$2,001.56** | 2,001.56 |

Your OH taxable wages this period are $1,862.73
Your Strongsville taxable wages this period are $1,876.73

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -77.61 | 77.61 |
| | Social Security Tax | -116.36 | 116.36 |
| | Medicare Tax | -27.21 | 27.21 |
| | OH State Income Tax | -33.17 | 33.17 |
| | Strongsville Income Tax | -37.53 | 37.53 |
| | Other | | |
| | Dental | -5.71* | 5.71 |
| | Fsa Med | -38.46* | 38.46 |
| | Health | -92.49* | 92.49 |
| | Vision | -2.17* | 2.17 |
| | 401K Loan | -55.01 | 55.01 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 14.00 | 14.00 |
| Sick | | 37.50 |
| Vacation | | 64.95 |

| **Net Pay** | | | **$1,515.84** | |
|---|---|---|---|---|
| Savings 1 | | | -1,515.84 | |
| **Net Check** | | | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,862.73

©1998, 2006. ADP, LLC All Rights Reserved.

▼ TEAR HERE

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CCL LABEL INC.
15 CONTROLS DRIVE
SHELTON CT, 06484

Advice number: 00000010168
Pay date: 01/07/2016

**Deposited to the account of**
LIRLEAN MCCANTS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8133 | xxxx xxxx | $1,515.84 |

# NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 040 |
|-----|------|------|-------|-----------|-----|
| 76F | 000211 | 117772 | | 0000520172 | 1 |

# EARNINGS STATEMENT

**CCL LABEL INC.**
**15 CONTROLS DRIVE**
**SHELTON CT, 06484**

Period Beginning: 12/07/2015
Period Ending: 12/20/2015
Pay Date: 12/24/2015

Taxable Marital Status: Single
Exemptions/Allowances:
　Federal: 3
　OH: 2

LIRLEAN MCCANTS
8805 GRAND DIVISION AVE
CLEVELAND, OH 44125-1349

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Short Term Dis | | | 105.35 | 6,215.36 |
| Regular Pay | | | | 27,189.22 |
| Overtime 1 1/2 | | | | 5,171.39 |
| Bereavement | | | | 526.73 |
| Bonus | | | | 90.72 |
| Holiday | | | | 1,731.62 |
| Sick | | | | 836.92 |
| Vacation | | | | 4,641.84 |
| **Gross Pay** | | | **$105.35** | 46,403.80 |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $0.49
Your OH taxable wages this period are $0.49
Your Strongsville taxable wages this period are $5.05

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Social Security Tax | -0.31 | 2,692.19 |
| | Medicare Tax | -0.08 | 629.63 |
| | Strongsville Income Tax | -0.10 | 868.46 |
| | Federal Income Tax | | 3,892.12 |
| | OH State Income Tax | | 1,090.51 |
| | **Other** | | |
| | Fsa Med | -12.90* | 859.02 |
| | Health | -89.79* | 2,065.17 |
| | Vision | -2.17* | 49.91 |
| | Dental | | 125.62 |
| | 401K | | 1,537.76 |
| | 401K Loan | | 1,210.22 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 4.56 | 118.36 |
| Sick | | 1.75 |
| Vacation | | 57.73 |
| Ytd Basic | | 602.83 |

**Net Pay** $0.00

**Net Check** $0.00

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CCL LABEL INC.
15 CONTROLS DRIVE
SHELTON CT, 06484

Advice number: 00000520172
Pay date: 12/24/2015

Deposited to the account of
LIRLEAN MCCANTS

account number　transit ABA　amount

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 040 |
|---|---|---|---|---|---|
| 76F | 000211 | 117772 | | 0000500162 | 1 |

# Earnings Statement

**ADP**

CCL LABEL INC.
15 CONTROLS DRIVE
SHELTON CT, 06484

Period Beginning: 11/23/2015
Period Ending: 12/06/2015
Pay Date: 12/10/2015

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  OH: 2

LIRLEAN MCCANTS
8805 GRAND DIVISION AVE
CLEVELAND, OH 44125-1349

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Short Term Dis | | | 1,053.45 | 6,110.01 |
| Regular Pay | | | | 27,189.22 |
| Overtime 1 1/2 | | | | 5,171.39 |
| Bereavement | | | | 526.73 |
| Bonus | | | | 90.72 |
| Holiday | | | | 1,731.62 |
| Sick | | | | 836.92 |
| Vacation | | | | 4,641.84 |
| **Gross Pay** | | | **$1,053.45** | 46,298.45 |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $917.32
Your OH taxable wages this period are $917.32
Your Strongsville taxable wages this period are $921.88

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -37.36 | 3,892.12 |
| | Social Security Tax | -57.16 | 2,691.88 |
| | Medicare Tax | -13.37 | 629.55 |
| | OH State Income Tax | -16.11 | 1,090.51 |
| | Strongsville Income Tax | -18.44 | 868.36 |
| **Other** | | | |
| | Dental | -5.71* | 125.62 |
| | Fsa Med | -38.46* | 846.12 |
| | Health | -89.79* | 1,975.38 |
| | Vision | -2.17* | 47.74 |
| | 401K Loan | -55.01 | 1,210.22 |
| | 401K | | 1,537.76 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 4.56 | 113.80 |
| Sick | | 1.75 |
| Vacation | | 50.52 |
| Ytd Basic | | 602.83 |

**Important Notes**
EFFECTIVE THIS PAY PERIOD YOUR ADDRESS HAS BEEN CHANGED.

| **Net Pay** | **$719.87** |
|---|---|
| Savings 1 | -719.87 |
| **Net Check** | **$0.00** |

©1998, 2006, ADP, LLC All Rights Reserved.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CCL LABEL INC.
15 CONTROLS DRIVE
SHELTON CT, 06484

Advice number: 00000500162
Pay date: 12/10/2015

Deposited to the account of
LIRLEAN MCCANTS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8133 | xxxx xxxx | $719.87 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| CO | FILE | DEPT | CLOCK | VCHR NO. | 040 |
| 76F | 000211 | 117772 | | 0000480165 | 1 |

# Earnings Statement

**ADP**

CCL LABEL INC.
15 CONTROLS DRIVE
SHELTON CT, 06484

Period Beginning: 11/09/2015
Period Ending: 11/22/2015
Pay Date: 11/25/2015

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 3
   OH: 2

LIRLEAN MCCANTS
17102 WAYNE DRIVE
CLEVELAND, OH 44128

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Short Term Dis | | | 2,317.59 | 5,056.56 |
| Regular Pay | | | | 27,189.22 |
| Overtime 1 1/2 | | | | 5,171.39 |
| Bereavement | | | | 526.73 |
| Bonus | | | | 90.72 |
| Holiday | | | | 1,731.62 |
| Sick | | | | 836.92 |
| Vacation | | | | 4,641.84 |
| **Gross Pay** | | | **$2,317.59** | 45,245.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,181.46
Your OH taxable wages this period are $2,181.46
Your Strongsville taxable wages this period are $2,190.58

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -126.74 | 3,854.76 |
| | Social Security Tax | -135.81 | 2,634.72 |
| | Medicare Tax | -31.76 | 616.18 |
| | OH State Income Tax | -43.80 | 1,074.40 |
| | Strongsville Income Tax | -43.81 | 849.92 |
| | **Other** | | |
| | Dental | -5.71* | 119.91 |
| | Fsa Med | -38.46* | 807.66 |
| | Health | -89.79* | 1,885.59 |
| | Vision | -2.17* | 45.57 |
| | 401K Loan | -55.01 | 1,155.21 |
| | 401K | | 1,537.76 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 9.12 | 109.24 |
| Sick | | 1.75 |
| Vacation | | 43.30 |
| Ytd Basic | | 602.83 |

| **Net Pay** | **$1,744.53** |
|---|---|
| Savings 1 | -1,744.53 |
| **Net Check** | **$0.00** |

© 1998, 2006. ADP, LLC All Rights Reserved.

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CCL LABEL INC.
15 CONTROLS DRIVE
SHELTON CT, 06484

Advice number: 00000480165
Pay date: 11/25/2015

**Deposited to the account of**
LIRLEAN MCCANTS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8133 | xxxx xxxx | $1,744.53 |

# NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.